IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**MICHAEL ALONZA RUFUS, #99284-071**                                               **PETITIONER**

**VERSUS**                                                    **CIVIL ACTION NO. 5:08-cv-205-DCB-MTP**

**BRUCE PEARSON, ADMINISTRATIVE REMEDY**
**COORDINATOR, ADMINISTRATIVE REMEDY**
**CLERK, JULIE D. SOUTHERLAND AND**
**KATON LEE VARNADO**                                                              **RESPONDENTS**

## FINAL JUDGMENT

This cause is before the Court, sua sponte, for consideration of dismissal.  Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the   24th   day of November, 2008.


                                                       s/ David Bramlette
                                                    UNITED STATES DISTRICT JUDGE